UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID BRUCE,<br><br>        Petitioner,<br><br>    v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>        Respondent. | CASE NO. C10-1877-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;
    2.    This action is DISMISSED without prejudice; and
    3.    The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 16 day of March 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -1